# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| AMY L. BOSTIC, | : | |
| | : | |
| Trustee, | : | |
| | : | Appeal No. 2:09-CV-404 |
| v. | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| NATIONAL CITY BANK, | : | |
| | : | |
| Defendant. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 29, 2010 Opinion and Order, the Court AFFIRMS THE Bankruptcy Court's decision as set forth in the Memorandum Opinion entering Summary Judgment in favor of the Trustee. This case is DISMISSED.

Date: **March 29, 2010**          **James Bonini, Clerk**


          s/Betty L. Clark
          Betty L. Clark/Deputy Clerk